# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES L. WOTANIS and,
RENEE B. WOTANIS,

    Plaintiffs,

        v.

PNC BANK, N.A.,

    Defendant.

NO. 3:19-CV-00588

(JUDGE CAPUTO)

## ORDER

**NOW**, this 28th day of August, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Dismiss (Doc. 3) is **GRANTED in part and DENIED in part**.

(2) The Request for Information claim under the Real Estate Settlement Procedures Act (Count II) is **DISMISSED** without prejudice.

(3) Plaintiffs have twenty-one (21) days from the date of entry of this Order to file an Amended Complaint to properly plead their Request for Information claim. If such amendment is not made, that claim will be dismissed with prejudice.

(4) The Motion is **DENIED** in all other respects.

                                                /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge